**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-20121-CIV-GRAHAM/TORRES

JACQUELINE MARKS,

    Plaintiff,

v.

ORION MEDICAL ENTERPRISES, INC.,
NORTH BEACH DIALYSIS CENTER, INC.,
a Florida corporation, and
JOHN DOES 1-10,

    Defendants.
_____/

### ORDER

**THIS MATTER** comes before the Court upon Defendants' Offer of Judgment [D.E. 67-1] and Plaintiff's Notice of Accepting Defendants' Offer of Judgment [D.E. 67]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Rule 68 of the Federal Rule of Civil Procedure, final judgment is entered against Defendants, Orion Medical Enterprises, Inc. and North Beach Dialysis Center, Inc. and in favor of Plaintiff in the amount of $2,560.00. It is further

**ORDERED AND ADJUDGED** that the Clerk of Court is hereby directed to enter the judgment in favor of Plaintiff as set forth in the Offer of Judgment [D.E. 67-1]. It is further

**ORDERED AND ADJUDGED** that Counsel for the parties are **DIRECTED** to confer in a good faith effort to resolve the amount of reasonable costs, including attorney's fees, that Plaintiff incurred in this case. In addition, if the parties are unable to agree on the amount of reasonable costs, including attorney's fees to be paid, the Plaintiff is **PERMITTED** to file a Bill of Costs and Motion for an Award of Attorney's Fees within the time permitted by the Rules of Court. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of October, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Torres
    Counsel of Record